**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6531**

EUGENE PETER SCHULER,

Petitioner - Appellant,

v.

CHADWICK DOTSON, Director, VDOC,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00378-LMB-JFA)

Submitted:  June 27, 2024                                      Decided:  July 1, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eugene Peter Schuler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Peter Schuler appeals the district court's order construing his motion for rehearing as an unauthorized, successive 28 U.S.C. § 2254 petition and dismissing it on that basis. This court previously affirmed the same order. *See Schuler v. Dotson*, No. 23-6406, 2024 WL 1694065, at *1 (4th Cir. Apr. 19, 2024). Accordingly, we dismiss the appeal as duplicative. We deny Schuler's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*